# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHAUNICE KENDRICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2985

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan Lynn Alspector, Judge; L.T. Case No. 062025CF008176A88810.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***